LEO KRUCZEK, Appellant, *v.* EDITH L. KRUCZEK, Respondent.

Argued December 3, 1942; decided January 14, 1943.

*Harold Hyman* for appellant.

*William S. Bennet, Philip Bramnick* and *James E. Bennet* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.